MOLLIE M. BURKS  (SBN 222112)
ANNA T. PHAM  (SBN 318001)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
mburks@grsm.com
apham@grsm.com

Attorneys for Defendant
PLASTIKON INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE BANDRIL, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>PLASTIKON INDUSTRIES, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF ANGELICA GONZALEZ IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332(d) and 1453 (CLASS ACTION FAIRNESS ACT)** |

I, Angelica Gonzalez declare as follows:

1. I am the Human Resources Manager at Plastikon Industries, Inc.  I have personal knowledge of the matters set forth in this Declaration and if called to testify to them, could and would do so competently.

2. Plastikon Industries, Inc. is a corporation organized and incorporated under the laws of the State of California, with its principal place of business in California.

3. Pursuant to my regular duties, I have access to Plastikon Industries, Inc.'s employees' personnel files and records.

4. During the relevant period alleged in the Complaint, Plastikon Industries, Inc. employed approximately 900 hourly, non-exempt employees in California.

5. From October 7, 2015 to present, the average hourly wage held by the class, as

proposed, was $16.29, exclusive of bonuses or other types of incentive pay.

6. During the relevant statutory period alleged in the Complaint, Plastikon Industries, Inc. paid wages on a bi-weekly basis, with 26 paychecks issued each calendar year.

7. Plastikon Industries, Inc. currently employs approximately 450 hourly, non-exempt employees in California.

8. As of the date Plaintiff filed her lawsuit, October 7, 2019, many hourly, non-exempt employees who worked at Plastikon Industries, Inc. during the relevant period alleged in the Complaint are now citizens of another state.

9. Moreover, during the relevant period alleged in the Complaint, more than two-thirds of Plastikon Industries, Inc.'s hourly, non-exempt employee population were (and are) non-citizens, authorized to work and reside in the United States.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of November, 2019, in Hayward, California.

_____
Angelica Gonzalez

DECLARATION OF ANGELICA GONZALEZ IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332(d) AND 1453